**Dismissed and Opinion Filed February 1, 2024**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-23-01139-CV**

_____

**NICHOLAS D. MOSSER, Appellant**

**V.**

**FLAGSTAR BANK, N.A., SELECT PORTFOLIO SERVICING, INC., AND FEDERAL HOME LOAN MORTGAGE CORPORATION, Appellees**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-06006-2019**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Garcia
Opinion by Justice Partida-Kipness

Before the Court is a motion to dismiss the appeal for want of jurisdiction filed by appellees Flagstar Bank, N.A. (Flagstar), Select Portfolio Servicing, Inc. (SPS), and Federal Home Loan Mortgage Corporation (Freddie Mac) (collectively Appellees). We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

Appellant's notice of appeal states he appeals "all judgments and orders from the trial court signed by Judge Bouressa, including the final judgments on August 10, 2023[.]" No judgment was signed on August 10, 2023. The order Appellant

refers to as the August 10, 2023 judgment is an order signed on August 3, 2023 (the August 3 Order). The trial court made the following rulings in the August 3 Order: (1) granted Flagstar and SPS's motion for summary judgment as to Appellant's supplemental petition; (2) granted SPS's summary judgment motion on its counterclaims against Appellant; (3) granted Freddie Mac's summary judgment motion on Appellant's claims against Freddie Mac; and (4) ordered that SPS was entitled to foreclose on Appellant's property. The trial court did not dispose of Appellant's pending claims against First Guarantee Mortgage Corporation (FGMC). FGMC is not a party to this appellate proceeding.

The trial court also ordered that Appellant's claims against Flagstar, SPS, and Freddie Mac and SPS's counterclaim against Appellant be severed from the original cause number 471-06006-2009. The trial court assigned the severed claims a new trial court cause number, 471-04378-2023 (the Severed Cause). Appellant's claims against FGMC remained pending in cause number 417-06006-2009 (the Original Cause). Appellant's appeal of the August 3 Order as to the severed claims is the subject of appellate cause number 05-23-01140-CV. This appeal, in contrast, references and concerns the Original Cause, 471-06006-2019.

Appellees move to dismiss this appeal for want of jurisdiction because no final judgment or appealable interlocutory order has been signed in the Original Cause. We agree this Court lacks jurisdiction over this appeal. Appellant's claims against Appellees, and the August 3 Order disposing of those claims, were severed into trial

court cause number 471-04378-2023. Appellant's appeal from the August 3 Order in the Severed Cause is pending in this Court under appellate cause number 05-23-01140-CV. This appeal, in contrast, references the Original Cause in which Appellant's claims against FGMC remain pending. No final judgment or appealable interlocutory order has been signed in the Original Cause. We, therefore, lack jurisdiction over this appeal. *See Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (appeals may only be taken from final judgments that dispose of all parties and claims and interlocutory orders if authorized by statute).

## CONCLUSION

Although more than ten days have passed since Appellees filed their motion to dismiss, Appellant has not filed a response or otherwise disputed Appellees' assertions. Moreover, nothing before us reflects a final judgment or appealable interlocutory order has been signed in the Original Cause. Accordingly, with nothing before us demonstrating we have jurisdiction over the appeal, we grant Appellees' motion and dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a)(1).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

231139F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

NICHOLAS D. MOSSER, Appellant

No. 05-23-01139-CV        V.

FLAGSTAR BANK, N.A., SELECT
PORTFOLIO SERVICING, INC.,
AND FEDERAL HOME LOAN
MORTGAGE CORPORATION,
Appellees

On Appeal from the 471st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 471-06006-
2019.
Opinion delivered by Justice Partida-
Kipness, Justices Pedersen, III and
Garcia participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Flagstar Bank, N.A., Select Portfolio Servicing, Inc., and Federal Home Loan Mortgage Corporation recover their costs, if any, of this appeal from appellant Nicholas D. Mosser.

Judgment entered this 1st day of February 2024.

–4–